# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ROE, | * | CIVIL NO. 4:20-cv-00107-RGE-SBJ |
| Plaintiff, | * | |
| v. | * | |
| GRINNELL COLLEGE, | * | **ORDER** |
| Defendant. | * | |

Plaintiff initiated this action by filing a Complaint (Dkt. 1) on March 23, 2020, utilizing the pseudonym Christopher Roe. Plaintiff also utilizes pseudonyms for certain other individuals referred to within the Complaint. On the same date, plaintiff filed a Motion to Proceed Under Pseudonym (Dkt. 2). At this early stage of the proceedings, defendant has not filed a responsive pleading to the Complaint nor has counsel appeared on behalf of defendant.

It would be premature to rule on plaintiff's Motion prior to an opportunity for defendant to respond. However, until a ruling is entered, both plaintiff and defendant shall utilize the same pseudonyms set forth in the Complaint in any further pleading or other filing submitted in this case. Defendant shall have 14 days after the earlier of either filing a responsive pleading to the Complaint or counsel enters an appearance on defendant's behalf to respond to the Motion.

Plaintiff shall serve defendant with a copy of this Order and the Motion to Proceed Under Pseudonym (Dkt. 2).

**IT IS SO ORDERED.**

Dated April 7, 2020.

STEPHEN B. JACKSON, JR.
UNITED STATES MAGISTRATE JUDGE